IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA SKANES, o/b/o, JESSICA F. SKANES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 03-0884-P-B |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that the decision of the Commissioner of Social Security denying plaintiff supplemental security income benefits is hereby AFFIRMED and this action is DISMISSED.

DONE the 19th day of May, 2005.

S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE